MARCH 19, 1965

A.R.D. 184.—The A. W. Fenton Co., Inc. v. United States, Reappraisements dismissed February 18, 1963. Plaintiff's motion for rehearing denied (Reap. Dec. 10871). Government's motion to dismiss application for review granted.